IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PANGIE FIELDS                          :  CIVIL ACTION
                                       :
            v.                         :
                                       :
BAYER CORPORATION, et al.              :  NO. 02-3113


### ORDER

AND NOW, this         day of June,  2002, the court having been advised that this matter is to be

transferred to the District of Minnesota to be made part of an MDL case in that District, it is **ORDERED** that:

1.  This case is placed in **ADMINISTRATIVE SUSPENSE** pending receipt of a Case Transfer Order

from the Judicial Panel on Multi District Litigation transferring this case to the District of Minnesota.

2.  The Clerk of Court shall mark this case closed for statistical purposes and place it in the Civil

Suspense File.

3.  This court shall retain jurisdiction.  This case shall be restored to the trial docket if and when it is in a

status so that it may proceed to final disposition.  This Order shall not prejudice the rights of the parties to this

litigation.

_____
                                                                                    S. J.